UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                         Chapter 13

RODOLFO L. SUAREZ AND
SILVIA T. SUAREZ,
                                                                                    Case No. 1-14-42053-NHL

                    Debtors.
---------------------------------------------------------X

# ORDER GRANTING DEBTORS APPLICATION TO AVOID CERTAIN JUDICIAL LIENS PURSUANT TO 11 U.S.C. 522(F)

UPON the motion (the "Motion") of Rodolfo L. Suarez and Silvia T. Suarez ("Movants"), for entry of an order pursuant to 11 U.S.C. 522(f), avoiding the judicial liens listed below as liens of record against the Debtors' real property located at 68-37 76th Street, Middle Village, New York 11379 (the "Property"); and it appearing that notice of the Motion was good and sufficient; and no opposition having been filed thereto; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED**, that pursuant to 11 U.S.C. 522(f)(1)(A), the Motion is granted *as to the extent stated herein*; and it is further

**ORDERED**, ~~that upon the filing by the Chapter 13 Trustee of a Certification of Completed Chapter 13 Plan,~~ the following judicial liens shall be vacated, expunged and avoided as liens of record against the Property:

1. Signature Bank, recorded with the clerk of Queens County, State of New York, on June 26, 2012 in the amount of $21,413.57;

2. Hamilton Equity Group, LLC as Assignee of HSBC Bank USA, National Association, recorded with the clerk of New York County, State of New York, on August 16, 2012 in the amount of $93,161.83, and subsequently recorded with the clerk of Queens County, State of New York;

and it is further

~~**ORDERED,** that any timely filed proofs of claim on account of the above judicial liens shall be treated as wholly unsecured during the pendency of Debtors Chapter 13 case; and it is further~~

~~**ORDERED,** that upon the filing by the Chapter 13 Trustee of a Certification of Completed Chapter 13 Plan, the Clerk of Queens County shall be directed to index and record a certified copy of this Order as an instrument vacating, expunging and avoiding the aforementioned judicial liens as liens against the debtors property located at 68-37 76th Street, Middle Village, New York 11379.~~

.    *ORDERED, that upon presentation of a certified copy of this Order, the Clerk of Queens County shall take all the steps necessary and appropriate to release, cancel, and void the aforementioned judicial liens, and remove them from the local judgment index or otherwise enter upon the docket that the aforesaid judgment liens against the Debtors property located at 68-37 76th Street, Middle Village, New York 11379 are void by order of the U.S. Bankruptcy Court, E.D.N.Y.*



Dated: September 1, 2014  
Brooklyn, New York

                                                         /s/ Nancy Hershey Lord  
                                                       **Nancy Hershey Lord**  
                                                       **United States Bankruptcy Judge**